UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM JEREMIE
JOHNSON, et al.,
     Plaintiffs,

v.                                  Case No.: 3:25cv2577/MCR/ZCB

BVTS FLORIDA RV
OWNER LLC, et al.,
     Defendants.
_____/

## **ORDER**

On May 6, 2026, Plaintiffs filed a motion to compel regarding interrogatories served on Defendant Ivee Group, LLC ("Ivee Group"). (Doc. 18). Plaintiffs' counsel certifies he conferred with Ivee Group's counsel on the issues raised in the motion but could not reach an agreement. (*Id.* at 19-21). The Court has found that telephonic or in person conversations between counsel after a motion has been filed often result in the resolution (or at least the narrowing) of the dispute.

The Court, therefore, **ORDERS** Plaintiffs' counsel and Ivee Group's counsel to confer telephonically or in person regarding the issues raised in Plaintiffs' motion to compel. (Doc. 18). That conference shall occur **on or before Friday, May 15, 2026.** During that conference, the Court

1

expects counsel to endeavor in good faith to resolve the issues raised in the motion.  If counsel resolve the issues raised in the motion, then they should file a joint status report advising the Court that the matter has been resolved.[1]

If counsel cannot resolve the matter after having a conference, then Ivee Group should file a response to the motion **on or before Friday, May 22, 2026.**  Ivee Group's response should include the date that the in person or telephonic conference occurred, as well as the duration of the conference.

If the parties are unable to resolve the issues raised in the motion, counsel should expect that a hearing may be scheduled shortly after Ivee Group's response is filed.

**SO ORDERED** this 8th day of May 2026.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

---

[1] Counsel must file a status report to inform the Court if the motion, or any issues raised therein, are resolved before Ivee Group's response is due.  Failure to file a status report or a response in opposition by the deadline may result in the motion being granted by default.  N.D. Fla. Loc. R. 7.1(H).

2